**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:13-CR-00076-02-RWS |
| ANDREW MONROE, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [84] of Magistrate Judge E. Clayton Scofield, III. Defendant filed Objections [88] to the Report and Recommendation in which he relied upon the arguments and cases cited in the briefs submitted to the Magistrate Judge. After reviewing the Report and Recommendation, as well as the briefs submitted therewith, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Preliminary Motion to Dismiss [26] and the Motion to Dismiss Count Nine Based on Multiplicity [27] are **DENIED**.

**SO ORDERED** this  8th  day of October, 2014.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)