IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:13-CR-76-RWS-CMS-2 |
| ANDREW MONROE, | : |
| | : |
| Defendant. | : |

### ORDER

This case is before the Court for consideration of the Report and Recommendation ("R&R") [129] of Magistrate Judge Catherine M. Salinas. After reviewing the R&R, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion for an Evidentiary Hearing on the Admission of Polygraph Evidence [114] is **DENIED**.

**SO ORDERED** this 12th day of November, 2015.

RICHARD W. STORY
United States District Judge